IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:17-CV-22902

SARAH D'ANTONIO,

        Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

        Defendant.

_____/

## **DEFENDANT'S FIRST AMENDED RESPONSE TO INTERROGATORIES**

Defendant Royal Caribbean Cruises Ltd. ("RCCL"), pursuant to Federal Rule of Civil Procedure 33, serves its Amended Responses to Plaintiff's Initial Interrogatories.

## **CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true copy of the foregoing was served via email on this 2nd day of May, 2018 to: Michael Winkleman, Esq., Marc Weiner, Esq., mwinkleman@lipcon.com, mweiner@lipcon.com, Lipcon, Margulies, Alsina & Winkleman, P.A., One Biscayne Tower, Suite 1776, 2 South Biscayne Boulevard, Miami, Florida 33131. Respectfully submitted,

                                        */s/Andrew D. Craven*
                                        Andrew D. Craven [FBN: 185388]
                                        acraven@chartwelllaw.com
                                        THE CHARTWELL LAW OFFICES, LLP
                                        100 SE 2nd Street, Suite 2150
                                        Miami, Florida 33131-5322
                                        Telephone:  (305) 372-9044
                                        Facsimile:   (305) 372-5044
                                        Attorneys for DEFENDANT

CASE NO. 1:17-CV-22902

## **AMENDED RESPONSES TO PLAINTIFF'S INTERROGATORIES**

12. As limited by the parties' agreement to the subject area where Plaintiff alleges her injury occurred, crewmembers walk through the area daily inspecting for any deficiencies. If any are noted a report is made to the vessel's maintenance department to correct the issue.

13. As altered by the parties' agreement for this interrogatory to apply to the subject chair, the manufacturer is Gasser Chair Co., Inc., 4136 Logan Way – Ohio and the model number is G084/030/068/SR1

14. As altered by the parties' agreement, see response to #13 above.

16. As limited by agreement of the parties to slips and/or trip and falls in the area where Plaintiff alleges her injury occurred (the Casino aboard the vessel Freedom):

a. On December 18, 2015 Barbara Tudal fell while transitioning from her walker to a chair.

b. On October 14, 2015 Victoria Nelson fell while trying to sit in a chair.

c. On June 14, 2015 Jean Midlick, 10498 Taos Trail Drive, Lakeland, TN 38002 tripped over another passenger's cane.

d. On September 14, 2014 Susan Doneth tripped over a floor divider.

e. On September 13, 2014 Carol Doyle, 10 Chadwick Circle, Apt. H, Nashua, NH 03062 tripped for an unknown reason.

f. On May 18, 2014 John Harrington, 7015 Red Bug Lake Road, #114, Oviedo, FL 32765 tripped over part of a railing.

g. On February 24, 2014 Gene Mathews slipped descending stairs.

h. On February 3, 2014 Jeanette Macmullin fell when she missed a step while descending stairs.

CASE NO. 1:17-CV-22902

Defendant denies that any of these incidents are substantially similar to Plaintiff's alleged incident. Defendant is in the process of obtaining the contact information for those listed and will provide upon receipt.