# REPORT FROM DR. MARC B. WILSON, CPE, 1A/E

I have been asked by Mr. Michael Winkleman to issue a report of my opinions and conclusions in the case of Ms. Sarah D'Antonio v. Royal Caribbean Cruises Ltd. This accident occurred onboard the MS FREEDOM OF TSHE SEAS. My evaluation has focused on my vessel inspection, the complaint, and the plaintiff's deposition provided by Marc Weiner. I have been asked by Mr. Winkleman to determine:

- Was there an unsafe condition regarding the casino chairs in the walkway onboard the MS FREEDOM OF TSHE SEAS?
- Was this condition the hazard that caused Ms. D'Antonio to fall?

Background and Information Relied Upon

In formulating my opinions, I have relied upon my education, my nautical training, and my Coast Guard career for a total of more than 40 years' experience in marine safety. This experience includes engineering ashore (e.g., Merchant Marine Technical) and afloat (e.g., Engineer (Chief) Officer (EO)), marine safety - inspection, investigation, ergonomic, and instructing experience. Since my USCG retirement, I have taught electricity, engineering management, Management Information Systems, physics, and safety at the college level. In my current position as co-founder of AMES Consulting, Inc., I have had encounters with naval architecture, marine engineering, and safety scenarios. I have continued to do applied research in coefficient of friction, human factors or ergonomics, and marine engineering. Please refer to my attached CV. In addition to my personal experience and education, I reviewed a video from Mr. Winkleman's office, the ship's medical report, the plaintiff's deposition, and an onsite inspection.

Finding of Facts

It is my understanding that Plaintiff Ms. Sarah D'Antonio is a citizen of the United States and resides in Florida. She is a senior citizen. On or about October 8, 2016, Plaintiff was a paying passenger on Defendant's vessel, which was in navigable waters. The Plaintiff was injured while walking from the dining room to the theater. While walking through the casino area, she tripped and fell. There was an obstacle in the walkway. The obstacle, a casino bar chair(s), protruded out into/onto the walkway causing the Plaintiff to fall and sustain injuries.

On May 6, 2018, I boarded the MS FREEDOM OF THE SEAS in Port Everglades, Ft. Lauderdale, FL at approximately 1100 local time. I was companied by opposing counsel Andrew Craven, Michael Winkleman, Marc Weiner, and a ship's security officer. We proceeded to Deck Four. I visually inspected the casino arrangement and the walkway. I noticed that the tables are movable. The after tables are closer together than the middle tables. The chairs have legs that bend outward. I observed that the chairs when pushed in are completely off the walkway. I took nineteen (19) photographs.

1



Photo from Defendant's website.

Summary

The Defendant created the hazardous condition that caused the Plaintiff to fall. The failure to ensure all chairs are off the walkway demonstrates that the Defendant caused/or contributed to the Plaintiff's fall, which ultimately caused the Plaintiff's injuries. It is evident based on the Defendant's video a chair was off the carpet and on the walkway. Presents a likeness this near or during the fall of the Plaintiff that the Defendant should or must not leave the table without verifying all chairs are off the walkway.

The Defendant at least should provide the Plaintiff and all passengers with reasonable care. Based on my observations and the limited documentation provided to me, it is my professional opinion that the Defendant has not demonstrated reasonable care, and this caused the Plaintiff to fall.

2

Discussion



To get to the theater on the fourth deck one must walk through the casino.
Photo from Defendant's website.

Walkways are often treated as unused space, available as a convenient place to put all manner of things. Utilizing a walkway with an obstruction can be highly detrimental to pedestrians trying to use the walkway for its intended purpose. Every obstruction is a pinch point, where pedestrians must go avoid, wait, or risk rubbing against if they do not thread carefully enough through the narrower space.

Temporary obstructions are difficult for pedestrians because they are sometimes there and sometimes absent.

While it is expected pedestrians to take reasonable precautions, unsafe conditions such as obstructions on walks can cause serious trip and fall accidents and serious injuries. Obstructions can include obstacles such as items that require pedestrians to walk off a walkway to avoid a collision. Obstructions can also include small objects on walkways that can lead to falls. All these conditions are hazardous and can lead to serious injuries.

3

During my site inspection I notice the casino tables can be moved. I noticed the middle tables are further apart than the two end tables. Therefore, the tables can be placed to leave more room for the chairs. With the tables in the positions I found them in, there is enough room for the chairs to be shoved in and be out of the walkway. Again, I observed that the gaming tables are movable, and that the subject table could have been moved much farther towards the center which would've created significant additional space between the walkway and the gaming table.  As configured on inspection, the space between the chair fully pushed in and the edge of the walkway is only 11.5 inches.  This leaves a tiny amount of room for the chair to be pulled in and out and thereby creates a hazard every time someone pulls out the chair to sit.



Photo by author

The chairs can be further shoved in if the table was moved back. In any event, if the dealer shoved the chairs in before leaving the table this questionable chair position can be avoided.

1. It is my understanding, the Defendant failed to use reasonable care by allowing the subject casino chair to be properly pushed in when the table was not in use. In the video, provided by the Defendant, one can see at the beginning of the clip that the dealer left the table do not but could have pushed in the chairs to made sure the walkway was clear of obstruction(s).  One can also see from the video that the chair The Plaintiff tripped on

4

was in its improper obstructing the pathway for 18 minutes. This is more than enough time for the Defendant to have identified the hazard and again pushed in the chair.

2. It is my understanding, the International Safety Management (ISM) code obligates the Defendant to safeguard against unnecessary risk. The risk being a casino chair obstructing the walkway is clear and should have been identified and remedied. The Defendant failed to use reasonable care in the failure to safeguard against this known hazard.

3. I am not aware; the Defendant implements a policy or procedure or rule to ensure that there are no obstructions in walkways. With such a policy in place, all crewmembers in the area maybe actively checking for such obstructions. One can see, in the video, that there were crewmembers in and around the area, who, when properly trained, would have corrected the hazardous condition.



Photo by author.

Conclusion and Opinion

It is more probable than not; the Defendant improperly stowed the chair after leaving the table unattended. Had the chairs been properly stowed or shove in off the walkway this accident would not had happened. This responsibility and accountability lays squarely on the Defendant. By allowing the chair(s) to be an obstacle, the Defendant shows a lack of care and the failure to provide ship shape environment for the Plaintiff. In my professional opinion, I consider this seamanship inattention to detail.

Because of the omission on the part of the Defendant, a chair in the walkway caused the Plaintiff's fall.

*[signature]*

Marc B. Wilson, D.Sc., CPE                                                         May 18, 2018



Diagram from Defendant's website

Slips, Trips & Falls - OSHA
https://www.osha.gov/dte/grant_materials/fy07/sh-16625-07/slipstripsfalls.ppt
Costs of **slips, trips & falls** (STFs); Definitions; Causes of STFs; **Risk** factors ... cords across aisles or **walkways; Clutter, obstacles** in aisles, walkway & work areas ...29CFR1910 Subpart D
https://www.ada.gov/2010_regs.htm

*Expanding Your Market: Maintaining Accessible Features in ...*
www.ada.gov/business/retail_access.htm
Expanding: Maintaining Accessible Features Your Market: in Retail Establishments: Introduction. More than 50 million Americans with disabilities are ...

*ADA Tool Kit: Curb Ramps and Pedestrian Crossings Under ...*
www.ada.gov/pcatoolkit/chap6toolkit.htm
E. What are the General Requirements for Curb Ramps in the ADA Standards for Accessible Design? One **way** to make curb ramps compliant with Title II of ...

*Disability Rights Online News - April 2007*
www.ada.gov/newsltr0407.htm
online News. U.S. Department of **Justice** Civil ... many **obstacles** in the ... we're using the accessible seating area as a **walkway** between seating ...

*The ADA and City Governments: Common Problems*
www.ada.gov/comprob.htm
The ADA and City **Governments:** Common Problems. Introduction Access to civic life by people with disabilities is a fundamental goal of the Americans ...

*QUESTIONS & ANSWERS: Supplement to the 2013 DOJ/DOT Joint ...*
www.ada.gov/doj-fhwa-ta-supplement-2015.html
The Department of **Justice** (DOJ ... where there is an existing pedestrian **walkway** ... is there an obligation to address existing **obstacles** on the ...

*Enforcing the ADA: A Status Report, January - March 1999*
www.ada.gov/janmar99.htm
U.S. Department of **Justice**. Civil Rights Division Disability Rights Section. Enforcing the ADA A Status Report from the Department of **Justice** ...

*Cities and Counties - First Step Toward Solving Common ADA ...*
www.ada.gov/civiccommonprobs.htm
Project Civic Access . Cities and Counties: First Steps Toward Solving Common ADA Problems . Through its Project Civic Access initiative, the ...

*ADA.gov homepage*
www.ada.gov/
The ADA Home Page provides access to Americans with Disabilities Act ... information about Department of **Justice** ADA settlement agreements, consent ...

[PDF] *ADA Accessibility Survey Instructions: Curb Ramps*
www.ada.gov/pcatoolkit/app1curbramps.pdf
ADA Accessibility Survey Instructions Curb Ramps Page 1 of 6 ADA Accessibility Survey **Instructions:** Curb Ramps 1 ... surveying is along a public ...

*Text of the Revised Title II Regulation - ADA.gov homepage*
www.ada.gov/regs2010/titleII_2010/titleII_2010_integrated.htm
(d) Scope of coverage. The 1991 Standards and the 2010 Standards apply to fixed or built-in elements of buildings, structures, site improvements, and ...

9

*Nondiscrimination on the Basis of Disability in State and ...*
www.ada.gov/regs2010/titleII_2010/titleII_2010_regulations.htm?hc_location=ufi
Part 35 Nondiscrimination on the Basis of Disability in State and Local Government Services (current as ... , viewed another **way**, about once ...

*Department of Justice ADA Title II Regulation 28 CFR Part ...*
www.ada.gov/reg2.htm
This paragraph in no **way** limits a public entity's obligation to ensure that ... barriers to entry from a street level pedestrian **walkway**, ... of **Justi** ...

*ADA Title II Technical Assistance Manual*
www.ada.gov/taman2.html
This manual is part of a broader program of technical assistance conducted by the Department of **Justice** to ... by **obstacles** such ... a pedestrian **walk** ...

*Nondiscrimination on the Basis of Disability in State and ...*
www.ada.gov/archive/NPRM2008/titleii.htm
This page is an HTML-formatted version of the Department of **Justice** proposed ... travel time present **obstacles**). ... accessible seating in the same **wa** ...

*[PDF] Expanding Your Market: Maintaining Accessible Features in ...*
www.ada.gov/business/retail_access.pdf
Expanding Your Market Maintaining Accessible ... One **way** to maintain accessible features is to ... inches and 80 inches above the **walkway** and extend ...