

# Preliminary Investigative Report

## D'Antonio v RCCL
ESi Project #: 64161F



12750 Commonwealth Drive
Ft. Myers, FL 33913

# Preliminary Investigative Report

## D'Antonio v RCCL

ESi Project #: 64161F

**Report Prepared For:**

The Chartwell Law Offices, LLP
200 South Biscayne Blvd., #300
Miami, FL 33131

**Report Submitted by:**

Zdenek Hejzlar, Ph.D., CSP
Senior Managing Consultant

**Technical Review by:**

Jennifer L. Odebralski
Staff Consultant

This report and its contents are the Work Product of Engineering Systems Inc. (ESi). This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to ESi at the time of this report, and may be subject to revision after the date of publication, as additional information or data becomes available.

Copyright ESi © 2018 - All Rights Reserved



D'Antonio v RCCL
Preliminary Investigative Report
August 8, 2018

# Introduction

Engineering Systems Inc. (ESi) was retained by The Chartwell Law Offices LLP, to provide technical assistance regarding an October 8, 2016, fall incident on Royal Caribbean's *Freedom of the Seas* in which Ms. Sarah D'Antonio was injured. Senior Managing Consultant, Zdenek Hejzlar, Ph.D., CSP, was asked to provide preliminary analysis of the incident with respect to systems safety and to evaluate the incident location.

The materials received from your office to date, which were reviewed and analyzed as part of this project, are included in the list below.

| Log # | Type | Description |
|-------|------|-------------|
| 1 | Legal | Complaint |
| 2 | Legal | Trial Order |
| 3 | Received Data | Video of CCTV footage |
| 4 | Received Data | Report by Dr. Marc B. Wilson, dated 05/18/18 |
| 5 | Legal | PL's Response to DF's Initial Interrogatories to PL |
| 6 | Deposition | Deposition of Sarah D'Antonio, dated 01/24/2018 |

Provided in *Attachment A* is the current CV for Dr. Zdenek Hejzlar, the lead consultant for ESi on this project. This attachment includes Dr. Hejzlar's sworn testimony during the last four years. *Attachment A* also includes ESi's current (2018) Terms & Conditions for Professional Services document with standard Fee & Charge Schedule for billing purposes.

With respect to the current project, Dr. Hejzlar has extensive and specialized experience working with various slip/trip/fall incidents, including human factors and systems safety associated with slip, trip and fall prevention. His experience includes analysis of the incidents with respect to human factors related to ambulation and evaluating safety systems used in accident prevention and risk management. He has also participated in the research and development of standards and guidelines related to evaluation and safety of walkway surfaces. He is a certified walkway auditor specialist by the National Floor Safety Institute (NFSI), American National Standards Institute (ANSI) Walkway Auditor Certificate Holder (WACH), and a member of the ANSI/NFSI Standards Committee B101 on Safety Requirements for Slip, Trip and Fall Prevention. He is also a member of American Society for Testing and Materials (ASTM) Committee F13 on Pedestrian/ Walkway Safety and Footwear and participates in standards development under the jurisdiction of the committee. He has conducted ambulation research in cooperation with Lee County, Lee Memorial Health System Foundation and the State of Florida associated with slip/trip/fall incidents. He has specialized experience including cruise line and resort industry floor substrate materials and human factors associated with systems safety and has conducted studies of facilities layout to reduce risk of slip and fall incidents.



# Background

On October 8, 2016, Ms. D'Antonio fell while as she was walking on a polished granite tile walkway through the casino on the cruise ship, *Freedom of the Seas.* Figure 1 depicts the *Freedom of the Seas*.



Figure 1. Photograph of *Freedom of the Seas* (downloaded from Wikipedia)

The information about the *Freedom of the Seas* obtained from Wikipedia is depicted in *Table 1.*

| Name: | *Freedom of the Seas* | Tonnage: | 154,407 GT |
|---|---|---|---|
| Owner: | Royal Caribbean Cruises Ltd.[1] | Length: | 1,112 ft (338.94 m) |
| Operator: | Royal Caribbean International | Beam: | 126.64 ft (38.60 m) waterline 184 ft (56.08 m) extreme (bridge wings) |
| Port of registry: | Nassau, Bahamas | Height: | 209 ft (63.70 m) |
| Ordered: | September 2003 | Draught: | 28 ft (8.53 m)[3] |
| Builder: | Aker Yards Turku Shipyard, Finland | Decks: | 18 total decks, 15 passenger decks |
| In service | June 4, 2006 | Speed: | 21.6 knots (40.0 km/h; 24.9 mph)[3] |
| | | Capacity: | 3,782 (double occupancy) 4,515 (maximum occupancy)[4] |
| | | Crew: | 1,360 |

Table 1. Information about *Freedom of the Seas* (Wikipedia)



# Analysis

The incident occurred on Deck 4 in the casino portion of the ship. Figure 2 depicts the location of the casino on Deck 4.



Figure 2.  Front portion of Deck 4 with the location of the casino.

ESi inspected the *Freedom of the Seas* on August 1, 2018, in San Juan, Puerto Rico. The photographs from the inspection are included as *Attachment B.* Figure 3 depicts the arrangement in the general area of the incident. The polished granite tile walkway through the casino is depicted on the left side of the photograph.  At the time of the incident, Ms. D'Antonio was walking on the granite tile in the general vicinity of the stool and gaming table depicted in Figure 3. The distance between the base of the gaming table and the mirrored wall is 100 inches. The granite tile walkway is 66 inches wide. This width provides sufficient space for people to pass in a safe manner and it conforms to applicable standards and regulation. The narrowest carpeted section at the center of the table is 32.5 inches. The granite tile walkway is bordered by a 0.5-inch-wide aluminum strip that is flush with the granite, therefore, it does not present tripping hazard to a person who is transitioning from the granite tile to the carpeted area. Due to compression, the carpet is actually about 1/8 inch below the strip. From the security video, Ms. D'Antonio's right foot is observed to be several inches from the aluminum strip prior to the trip and fall sequence, which is depicted in Figures 7-10 below.





Figure 3. General area of the incident

The stools seats are designed to swivel on the base to enable customers to get in and out of the seat without having to move the entire stool. A tangential horizontal force of less than 1 pound is sufficient to cause the seat to rotate. The incident was captured on a security video that is located above the gaming table. During Ms. D'Antonio's fall sequence, the stool or seat did not move or rotate, indicating that her body did not come into the contact with the stool. The seat back extends beyond the base of the stool. The top of the stool seat back is 44 inches above the floor. As people walk, their shoulders and arms extend several inches beyond the edge of their feet. See Figure 4. If Ms. D'Antonio's foot came into contact with the edge of the stool this would most likely cause her upper body to also contact the stool. From the security video, this clearly did not happen, indicating that Ms. D'Antonio did not trip over the stool.

**D'Antonio v RCCL**
ESi Project #: 64161F



Figure 4.  A anthropometric diagram of a 50th percentile woman.
Source:  The Measure of a Man and Woman: Human Factors in Design.

The location of the security camera is depicted in Figure 5.



Figure 5. Photograph of the security camera



The security camera is located nominally 6.5 feet above the gaming table and 68 degrees to the edge of the gaming table. These dimensions enabled ESi to position the stool in the approximate position that it was seen in the security video footage. The approximate position of the stool, at the time of the incident, and the stool configuration, is depicted in Figure 6. The vertically placed measuring tape demonstrates that the seat back extends beyond the base (feet) of the stool. The security video was analyzed, and two versions of the stills were reassembled depicting the fall. The video analysis is included *Attachment C* to this report.



Figure 6.  The approximate location of the stool at the time of the
incident and the stool configuration

The security video footage depicts Ms. D'Antonio walking past the middle stool, which was extending furthest from the gaming table. She is shown to walk with minimum bending of her right knee, a gait characteristic potentially influenced by her right knee replacement. Subsequently, she plants her right foot approximately 12 inches away from the edge of the granite tile walkway. The frame from the video is shown in Figure 7. The white u-shaped line on front of the shoe is visible as the foot is planted on the floor.



Figure 7.  Right foot plant

In the next frame, depicted in Figure 8, the foot is oddly rotated with her heel up and visible.



Figure 8.  The heel of Ms. D'Antonio's foot with the white line and with toe
pointed inward initiating the trip to the right.

The next frame shown in Figure 9, depicts Ms. D'Antonio falling and attempting a recovery step with her right foot, while her left foot still planted, is rotating forward in the direction of the fall.



**D'Antonio v RCCL**
ESi Project #: 64161F



Figure 9.  Recovery step attempt.

The following frame, shown in Figure 10, depicts Ms. D' Antonio landing on her knees in the carpeted area.



Figure 10.  Ms. D'Antonio falling onto her knees on the carpeted area.

The analysis of the video shows that Ms. D'Antonio was walking on the granite tile walkway when she tripped with her right foot, resulting in a directional change towards the carpeted area. At the time of the initiation of her trip, her right foot is visible on the granite tile. She did not collide with or trip over the stool.



# Conclusions

Based on the investigation described above and to a reasonable degree of scientific probability, the following summarized findings and conclusions are offered at this time. As additional information becomes available, ESi can provide additional technical input to update these conclusions as applicable.

1. Ms. D'Antonio's fall was the result of a trip, initiated by the interaction of her right foot and granite tile floor.

2. Ms. D'Antonio's fall was not related to the positioning of the stools around the gaming table.

3. Ms. D'Antonio was walking on the granite tile walkway at the time of her fall.

4. The stools around the gaming table were located on the carpet adjacent to the gaming table.

5. The arrangement of the casino, including the granite tile walkway and gaming tables with stools was reasonably safe.

ESi reserves the right to clarify and supplement its findings and opinions in this matter based on further work performed by ESi or others as new information becomes available, including, but not limited to, the review of further discovery, testing, or analysis.


Respectfully submitted,
ESi

_____

# ATTACHMENT A



12750 Commonwealth Drive
Ft. Myers, FL 33913

## ZDENEK (ZED) HEJZLAR, Ph.D., CSP
## SENIOR MANAGING CONSULTANT
wesystems@engsys.com

Dr. Hejzlar is a Senior Managing Consultant with ESi, with over 28 years of experience in premises/occupational safety and various aspects of the environmental and toxic health fields. He directs multidisciplinary projects in human factors' systems safety and accident reconstruction related to a broad range of environmental and industrial issues, chemical and hazardous material dangers, risk assessment, fire/explosion, slip, trip, and fall, premises/occupational safety and health hazards. He also has extensive experience in textile and other polymeric material failure analysis and design applications. In addition to the litigation related projects, Dr. Hejzlar is involved in accident prevention consulting research in slip resistant shoe design and risk mitigation consulting with major cruise lines and resorts.

## Areas of Specialization

Industrial and Premises Safety
Environmental and System Safety Consulting
Textile and Polymeric Material Failures
Chemical and Physical Hazard Investigations
Fire/Explosion
Chemical Risk Analysis

## Education

Ph.D., Occupational Safety and Health Engineering. Columbia Southern University, 1999
M.S., Business Administration. University of South Florida, 1990
B.S., Textile Chemistry. Philadelphia College of Textiles and Science, 1980

## Certifications

Certified Safety Professional (CSP) #13230, Board of Certified Safety Professionals
X-ray Florescence Registration, Florida JR 44809000
Certified Walkway Auditor Safety Specialist WACH (Walkway Auditor Certificate Holder), ANSI/NFSI
Certified Fire and Explosion Investigator (CFEI), National Association of Fire Investigators
Certified Mold Assessor, Florida Department of Business Regulation MRSA 329

*January 2018*



Zdenek (Zed) Hejzlar, Ph.D., CSP
*January 2018*

## Appointments and Professional Affiliations

Dr. Hejzlar taught technical professional courses in environmental and safety risk management, property condition assessments and occupational safety and health. Projects include deployment, health and safety, risk evaluations, training and standards development for the U.S. Department of Defense, property evaluations for the U.S. Department of Agriculture, Technical Professional Training for ASTM, RIFS and HAZWOPER training for clients in Asia, and environmental risk training for World Bank Group members in Europe. Dr. Hejzlar has also been appointed and served as panel expert for the Transportation Research Safety Board. In addition to numerous technical papers on accident investigation, ASTM has published his three editions of technical manual on the Phase I and Phase II process and CD-ROM computer based assessment training. He served for over 10 years including chairmanship on the Committee for Publications for ASTM International overseeing publications of ASTM's industry technical journals. Dr. Hejzlar is involved in standards development related to safety of walkways surfaces and in tribometry research. He is an NFSI Certified Walkway Auditor Safety Specialist and ANSI/NFSI Walkway Auditor Certificate Holder. He chairs the ANSI/NFSI B101.9 Subcommittee developing standard for "Identification and Elimination of Interior and Exterior Trip Hazards on Walking Surfaces, Stairs, and Ramps."

### American Chemical Society (ACS)
Member, 1993 – 2015

### The American Institute of Chemists (AIC)
Certified Chemical Engineer (CChE), National Certification Commission in Chemistry and Chemical Engineering, 1993 – 2005
Certified Professional Chemist (CPC), National Certification Commission in Chemistry and Chemical Engineering, 1993 – 2005

### American National Standards Institute (ANSI)
ANSI/NFSI Standards Committee B101 on Safety Requirements for Slip, Trip and Fall Prevention, Member, 2013 – present
ANSI/NFSI B101.4 Test Method for Measuring the Wet Barefoot Condition of Flooring Materials or Products, Member, 2014 – present
ANSI/NFSI B101.7 Standard Test Method for Lab Measurement of Footwear Outsole Material Slip Resistance, Member, 2014 – present
ANSI/NFSI B101.9 Identification and Elimination of Interior and Exterior Trip Hazards on Level and Un-Level Walking Surfaces, Stairs, Steps and Ramps, Chairman, 2014 – present

### American Railway Engineering and Maintenance-of-Way Association
Member Committee 13 – Environmental, 2007 – 2012

### American Society of Safety Engineers (ASSE)
Professional Member



Zdenek (Zed) Hejzlar, Ph.D., CSP
*January 2018*

**American Society for Testing and Materials (ASTM)**

    Committee C11 on Gypsum and Related Building Materials and Systems
        Subcommittee C11.01 on Specifications and Test Methods for Gypsum Products
    Committee F13 on Pedestrian / Walkway Safety and Footwear
    Committee E30 on Forensic Sciences
    Committee E34 on Occupational Health and Safety
    Committee E35 on Pesticides and Alternative Control Agents
    Sub Committee E35.26 Safety to Man, Chair 2007 – 2009
    Committee C15 on Manufactured Masonry Units
    Committee F15 on Consumer Products
    Committee E50 on Environmental Assessment, Risk Management and Corrective Action
        Data Collection Requirements for Military Deployments
            Task Force Chairman, 2004 – 2009
        Environmental Health Site Assessment for Military Developments Standard
            Development Task Force Chairman, 2001 – 2003
        Environmental Assessment Phase II Training Development
            Task Group Chair, 1998 – 1999
        Environmental Assessment Phase I Training Development
            Task Group Member, 1993 – present
    Committee on Publications - Appointed Member, 2005 – 2010
        Vice Chair, 2010 – 2013
        Chairman, 2014 – 2017

**City of Fort Myers Brownfields Advisory Board**

    Vice Chairman / Member, appointment by the Mayor and the City Council, 2001 – 2005

**Florida Department of Financial Services**

    Education Section CE – 2-20, General Lines Property Casualty Approved Instructor, 2007 – 2009

**The National Academies**

    Advisers to the Nation on Science, Engineering and Medicine, Transportation Research Safety
        Board, Cooperative Research Programs Advisory Expert on Project Panel HM-06,
        2007 – 2010

**National Association of Fire Investigators**

    Member

**National Floor Safety Institute (NFSI)**

    Certified Walkway Auditor Safety Specialist
    Member, 2013 – present



**Texas Region IV**

Region IV Texas Mold Licensing Training Development, Task Group for Assessors and Remediation Professionals Contributing Member, 2003 – 2004

Texas House Bill 329 / Texas Department of Health / Texas Mold Rules and Regulations Task Group Contributing Member on behalf of Texas Region IV School District, 2003

**U.S. DOD/ASTM**

Task Group Leader on Military Deployment Assessment Standards, ASTM/DOD, 2002 – 2009

## Positions Held

**Engineering Systems Inc., Fort Myers, Florida**

Senior Managing Consultant, 2010 – present
Senior Consultant, 2005 – 2009
Director of Environmental Programs, 2001 – 2005

**K.C. Breen & Associates, Inc., Fort Myers, Florida**

Director of Environmental Management, 1993 – 2001
Director of Research, 1990 – 2001

**Parker Seal/Parker Hannifin, Naples, Florida**

Quality Assurance and Engineering Manager, 1986 – 1990
Quality Assurance Manager, 1984 – 1986

**Madison Bay Marina Campground & Restaurant, Madison, Maryland**

Owner Operator / Consultant, 1982 – 1984

**Polymer Corporation, Reading, Pennsylvania**

Engineering Specialist, 1980 – 1982

**Scholler Brothers, Inc., Philadelphia, Pennsylvania**

Research Laboratory Chemist, 1979 – 1980

**Scottish College of Textiles, Galashiels, Scotland**

Laboratory Chemist Trainee, 1976 –- 1977

**BASF, Ludwigshafen, West Germany**

Laboratory Technician, 1976

**S.A. Fine Worsteds Co., Capetown, South Africa**

Finishing Foreman, 1974 – 1975



**Continued Education**

CMA - NORMI® Certified Mold Assessor for FL Mold License Requirements
Estero, Florida, July 2016

Walkway Auditor Certificate Holder (WACH) Course Assessment, National Floor Safety Institute (NFSI)
Southlake, Texas, February 2015

Premises Safety Training - Slip, Trip, and Fall, Engineering Systems, Inc.
Ft. Myers, Florida, June 2014

Computer Fire Modeling, National Association of Fire Investigators
Sarasota, Florida, August 2013

Walkway Auditor Safety Specialist Certification Training, National Floor Safety Institute
Southlake, Texas, February 2013

Field Service and Maintenance Marathon Training School on RAMJET Compactors and Vertical Bailers
Vernon, Alabama, May 2011

Thermo Fisher Scientific Niton XRF Analyzer Operational Training Course, Thermo Fisher
July 2009, Florida Certificate Number 11:250038000000 eXD8a

National Fire, Arson & Explosion Investigation Training Program
National Association of Fire Investigators, National Fire Protection Association
Denver, Colorado, Spring 2009

Pedestrian / Bicycle Crash Investigations, IPTM, University of North Florida
Jacksonville, Florida, Summer 2006

Residential Inspection Seminar
Houston, Texas, Winter 2005

MycoMeter Mold Assessment and Testing and Training Course
Ft. Myers, Florida, Spring 2004

Mold: Effective Defense Strategies Seminar
Houston, Texas, Spring 2003

Hazardous Substances Workshop and Bioterrorism Training
Tampa, Florida, Spring 2003

40 Hour Hazardous Waste Operations and Emergency Response Course
Tampa, Florida, Winter 2000



## Publications / Presentations

"Carbon Monoxide Poisoning," Brochure for U.S. Coast Guard, © 2017 National Marine Manufacturers Association - Development Peer Review

"Reducing the Risk of Slip and Fall Accidents on Cruise Ships," Z. Hejzlar, speaker, presented at Slips, Trips, and Falls International Conference 2017, Toronto Rehabilitation Institute, June 2017

"Manual 43 Technical Aspects of Phase I / II Environmental Site Assessments, Third Edition," Publisher ASTM, Library of Congress ISBN 978-0-8031-7043-8, April 2015

"3rd Annual Southwest Florida Brownfield Symposium," Florida Department of Environmental Protection, Z. Hejzlar - speaker, presented at Lee County Public Education Center, Ft. Myers, Florida, March 20, 2015

"Manual 73 Safety and Occupational Footwear," Z. Hejzlar as ASTM COP representative, ASTM, April 2014

"Evaluation of the Dynamics of Heel Contact in Flip-flop Sandals Under Dry and Wet Conditions," Z. Hejzlar, International Conference on Fall Prevention and Protection, Tokyo, Japan, October 2013

"Risk Assessment of Walkway Surfaces Using Dynamic and Static Coefficient of Friction Tribometers and Update on Slip Resistance Measurement Standards," Z. Hejzlar speaker, presented at American Society of Safety Engineers (ASSE), Ft. Myers, Florida, August 2013

"Evaluation of the Dynamics of Heel Contact in Flip-flop Sandals Under Dry and Wet Conditions in Heel Plant Portion of Gait Cycle Using High-Speed Video," Z. Hejzlar, ASTM International Committee of Publications Annual Meeting, September 2012

"Analyzing the Risk of Daily Life-Revisited for Consumer and Recreational Products," K. C. Breen, W. J. Fischer, Z. Hejzlar, International Legal Guide, Global Legal Group, May 2011

"Applications of X-Ray Fluorescence in Corrosive Drywall Investigations - The Use of X-Ray Fluorescence (XRF) in Detecting and Evaluating Sulfur Impacts on Exposed Copper," Z. Hejzlar, K. Klosinski, R. Granica, meeting on Materials Science & Technology 2010, symposium proceedings on Failure Analysis and Prevention Editor(s), MS&T Publications Department, October 2010

"Applications of X-Ray Fluorescence to Confirm Sulfur Impact of Corrosive Drywall," Z. Hejzlar, Journal of Testing and Evaluation, Vol. 39, No. 1, Paper ID JTE 103027, August 2010

"X-Ray Fluorescence in Corrosive Drywall Investigations: Strontium Levels in Several Corrosive and Non-Corrosive Drywalls and Effects of Drywall Finish on XRF Strontium Detection," Z. Hejzlar, Journal of Testing and Evaluation, Vol. 39, No. 1, Paper ID JTE 103087, July 2010

"Industry Update: Foreign Drywall," Z. Hejzlar speaker presentation Cape Coral Construction Industry Association Cape Coral, Florida, May 2010

"Materials Analysis - Portable X-Ray Fluorescence," Z. Hejzlar speaker presentation, Technical Symposium on Corrosive Imported Drywall, UF, USF, Hinckley Center and FL DOH, Tampa, Florida, November 2009

"Applications of Portable X-Ray Fluorescence in Problematic Drywall Investigations," Z. Hejzlar / Engineering Systems Inc., J. Pesce / Thermo Fisher Scientific, poster presentation, Technical Symposium on Corrosive Imported Drywall UF, USF, Hinckley Center and FL DOH, Tampa, Florida, November 2009



Zdenek (Zed) Hejzlar, Ph.D., CSP
*January 2018*

"Problematic Drywall Impacts in U.S. Residential Construction: Investigating Problematic Drywall Issues," Z. Hejzlar, J. McDougal, M. L. Hanks, M. Underwood, July 2009

"Science of Drywall," Z. Hejzlar, presented at Harris Martin Chinese Drywall Conference, Orlando, Florida, June 2009

"Technical Guide for the Collection of Environmental Sampling Data Related to Environmental Health Site Assessments for Military Deployments (NMCPHC TM-PM 6490.2 also USACHPPM as the TG-317)," Co-author FDPMU Program Science & Technology, Navy & Marine Corps Public Health Center

"Manual 43 Technical Aspects of Phase I / II Environmental Site Assessments, Second Edition" Publisher ASTM, Library of Congress ISBN 978-0-8031-4273-2, September 2007

"Use of ASTM Risk Based Corrective Action Standards with Innovative Management Approaches to Achieve Timely Site Closures," Railroad Environmental Conference, University of Illinois, Chicago, Illinois, October 2007

"Documentation and Preservation of Information in Claims Investigations Using the ASTM Standards," Catmando Inc. Tampa, Florida, February 2007

"Innovative Site Remediation Technologies Training Course," presented to Geo-Environmental Technology Research Center, Tokyo, Japan, April 2004

"Environmental Health Site Assessment Process for Military Deployments," ASTM Standard Guide E2318-03, Co-author

"Technical Aspects of Mold Investigations," presented to Nationwide Insurance, Plantation, Florida, March 2003

"Environmental Assessment - Train the Trainer," presented to Geo-Environmental Technology Research Center, Tokyo, Japan, January 2003

Department of Defense Deployment Assessment Training, various Military Installations in the U.S. and abroad, 2003 – 2009

40 Hour Hazwoper Training, presented to ECO Solutions, Seoul, Korea, April 2001

"Remedial Investigations Feasibility Study - EPA Methodology Applications in Asia," presented to ECO Solutions/ KARICO Poil-dong, Seoul, Korea, March 2001

"Training the Trainer - Applications of ASTM Standards," presented to ECO Solutions, Seoul, Korea, December 2000

"Computer Based Technical Course Developed for ASTM Environmental Site Assessments for Commercial Real Estate," ASTM, CD-ROM Format

"Solving Environmental Management Risk Issues for Clients in European Countries," presented to Zurich Insurance Company internal technical training, Zurich, Switzerland

"Environmental Aspects of Commercial Real Estate Transactions Management," presented to ARVIDA Realty Continuing Education, Bonita Springs, Florida, November 2000

"Solving Environmental and Brownfields Issues for Clients," presented to Professional Business Brokers Association, Ft. Myers, Florida, October 2000



"ASTM Standards in Products and Personal Injury Litigation," presented to Lee County Bar Association, Ft. Myers, Florida, March 2000

"Technical Aspects of Quick Response Assessments Course," presented to DEP Hazardous Materials Response Department, New York, New York, January 2000

"The Use of ASTM Standards in Forensic Investigations," The Chemist, 1999

"Manual 43 Technical Aspects of Phase I / II Environmental Site Assessments," publisher ASTM, Library of Congress ISBN 0-8031-2084-2, December 1999

"Human Factors of Slips and Falls," presented at Challenges Conference sponsored by the Florida Department of Health, Lee Memorial Health Systems and Florida Injury Prevention for Seniors, Ft. Myers, Florida, April 1998

"Developments in Alternate Marine Transportation," SAE 951892, Society of Automotive Engineers, Costa Mesa, California, August 1995

Phase I and Phase II Environmental Site Assessment Training Courses, ASTM Technical Professional Training system, various locations worldwide, 3-5 courses per year, 1994 – present

"Investigation and Analysis of Marine Accidents," SAE 930658, Society of Automotive Engineers, Detroit, Michigan, March 1993, Reprinted with permission by the Society of Accident Reconstructionist

"Operator and Environmental Factors Associated with Off-Road Equipment Risk," SAE 921711, Society of Automotive Engineers, Milwaukee, Wisconsin, September 1992



12750 Commonwealth Drive
Fort Myers, FL 33913

## ZDENEK (ZED) HEJZLAR, Ph.D., CSP
## SENIOR MANAGING CONSULTANT
wesystems@engsys.com

| PROJECT | STATE | |
|---|---|---|

**2018**

**Brown v Lee County Board of County Commissioners**   FL   (Deposition)
    No. 16-CA-3935
    Circuit Court of the 20th Judicial Court, Lee County, FL

**Lopes v The Grand Condominium**   FL   (Deposition)
    No. 2016-031501 CA 01
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Dial v Calusa Palms Master Association**   FL   (Deposition & Trial)
    No. 16-CA-1114
    Circuit Court of the 20th Judicial Court, Lee County, Florida

**Soriano v Leon Medical Centers, Inc.**   FL   (Deposition)
    No. 17-005080-CA--01
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Vail v Marriott**   FL   (Trial)
    No. 11-2016-CA-001702-0001-XX
    Circuit Court of the 20th Judicial Circuit, Collier County, Florida

**Rodriguez v Delta**   GA   (Deposition)
    No. 14EV000427B
    State Court of Fulton County, State of Georgia

**2017**

**Kenney v SeaWorld**   FL   (Trial)
    No. 2013-CA-005946
    Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida

**Perez v SeaWorld**   FL   (Trial)
    No. 2015CA3302
    Circuit Court of the 9th Judicial Circuit, Orange County, Florida

**Winters v Winn Dixie**   FL   (Trial)
    No. 12-19187 CA 09
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Marsh v Wal-Mart**   FL   (Deposition)
    No. 15-CA-002896
    Circuit Court of the 20th Judicial Circuit, Lee County, Florida

**Gardner v Target**   FL   (Deposition)
    No. 9:16-CV-80743-WIZ
    Circuit Court of the 15th Judicial Circuit, Palm Beach County, Florida

**McDonnell v RCCL**   FL   (Deposition)
    No. 16-22044 RNS
    United States District Court; Southern District of Florida Miami Division

**Perez v SeaWorld**   FL   (Deposition)
    No. 2015CA3302
    Circuit Court of the 9th Judicial District; Orange County, Florida



**McDonnell v RCCL**  FL  (Deposition)
    No. 16-22044 RNS
    United States District Court; Southern District of Florida Miami Division

**Gerdau Ameristeel US, Inc. v Davenport Electric Contract Co.**  FL  (Pre-trial Hearing)
    No. 8:14-CV-001647-001
    United States District Court; Middle District of Florida Tampa Division

<u>**2016**</u>

**Winters v Winn Dixie**  FL  (Pre-trial Hearing)
    No. 12-19187 CA 09
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Montesinos v Tire Kingdom**  FL  (Deposition)
    No. 16-000771 CA-01
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Aramark Sports v Twin Anchors Marine**  AZ  (Deposition)
    No. CV-14-08146-PCT-NVW
    United States District Court; District of Arizon

**Diaz v Kosch**  FL  (Deposition)
    No. 12-38485 CA 24
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Morton v Edison Mall**  FL  (Deposition)
    No. 15-CA-001129
    Circuit Court of the 20th Judicial Circuit, Lee County, Florida

**Barton v Golfview Motel, et al.**  FL  (Deposition)
    No. 2015-CA-001830
    Circuit Court of the 20th Judicial Circuit, Lee County, Florida

**Rodriguez v APTH Condominium**  FL  (Deposition)
    No. 14-27814 CA-05
    Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida

**Gerdau Ameristeel US, Inc. v Davenport Electric Contract Co.**  FL  (Deposition)
    No. 8:14-CV-001647-001
    United States District Court; Middle District of Florida Tampa Division

**Bonelli v Indigo Lakes**  FL  (Trial)
    No. 13-CA-3133
    Circuit Court of the 20th Judicial Circuit, Collier County, Florida

**Mullins / Rhodes v G.S.I. Recycling, et al.**  FL  (Trial)
    No. 2012 CA 000664
    Circuit Court of the 1st Judicial Circuit, Escambia County, Florida

**Meta v Target**  OH  (Deposition)
    No. 4:14-CV-0832
    United States District Court; Northern District Court of Ohio, Cleveland Division

**Kaufer v Target**  FL  (Trial)
    No. 062010CA029778AXXXCE
    Circuit Court of the 17th Judicial Circuit, Broward County, Florida

<u>**2015**</u>

**Kaufer v Target**  FL  (Deposition)
    No. 062010CA029778AXXXCE
    Circuit Court of the 17th Judicial Circuit, Broward County, Florida

**Eddy v Waldorf Astoria Naples**  FL  (Deposition)
    No. 11-2013-CA-002130-0001
    Circuit Court of the 20th Judicial Circuit, Collier County, Florida



Zdenek (Zed) Hejzlar, Ph.D., CSP
*Rule 26 Expert Testimony List*
Page 3 of 3

**Holton v Oakbrook Condominium Association**  FL (Deposition)
  No. 14-001714-CI (15)
  Circuit Court of the 6th Judicial Circuit, Pinellas County, Florida
**Jackson v Lauderdale Marketplace**  FL (Trial)
  No. 13-009376 CA 05
  Circuit Court of the 17th Judicial Circuit, Broward County, Florida

**Quintana v Winn Dixie**  FL (Deposition)
  No. 09-87543 CA 22
  Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida
**Bonelli v Indigo Lakes**  FL (Deposition)
  No. 13-CA-3133
  Circuit Court of the 20th Judicial Circuit, Collier County, Florida
**Boylan v Progressive Auto Center**  FL (Deposition)
  No. 14-CA-000286
  Circuit Court of the 20th Judicial Circuit, Collier County, Florida
**O'Connor v Ruehl**  FL (Depositions)
  No. 10 020883
  Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida
**Maynard v Aldi**  TN (Deposition)
  No. 2012-CV-583
  Circuit Court for Wilson County, Tennessee at Lebanon
**Pickard v Perrine Enterprises**  FL (Deposition)
  No. 2013-CA-1089
  Circuit Court of the 20th Judicial Circuit, Collier County, Florida
**Jackson v Lauderdale Marketplace**  FL (Deposition)
  No. 13-009376 CA 05
  Circuit Court of the 17th Judicial Circuit, Broward County, Florida
**Bruner v Wyvern**  FL (Deposition)
  No. 12-2070-CA
  Circuit Court of the 20th Judicial Circuit, Charlotte County, Florida
**Petit v Omega Flex**  FL (Deposition)
  No. 3:13cv618/MCR/EMT
  United States District Court; Northern District of FL, Panama City Division
**Elkins v Fort Myers Waterfront**  FL (Deposition)
  No. 13-CA-001787
  Circuit Court of the 20th Judicial Circuit, Lee County, Florida
**Cleary v Lee County, Florida**  FL (Deposition)
  No. 13-CA-2596
  Circuit Court of the 20th Judicial Circuit, Lee County, Florida
**Florida Rock & Tank Lines v Coomes**  FL (Trial)
  No. CA12-0780
  Circuit Court of the 7th Judicial Circuit, St. Johns County, Florida
**Coulter v Publix**  FL (Deposition)
  No. 11-2891-CA
  Circuit Court of the 20th Judicial Circuit, Charlotte County, Florida
**Florida Rock & Tank Lines v Coomes**  FL (Deposition)
  No. CA12-0780
  Circuit Court of the 7th Judicial Circuit, St. Johns County, Florida



# TERMS AND CONDITIONS FOR PROFESSIONAL SERVICES

**STANDARD OF CARE**

ESi shall perform its services under its engagement with Client in a workmanlike manner, and in accordance with applicable industry and professional standards, using reasonable care and skill, consistent with that ordinarily exercised by members of the profession under similar circumstances, and in compliance with any applicable laws, rules, or regulations (hereinafter referred to as the "Performance Standard").  All professional findings and opinions offered by ESi personnel will be subjected to an internal quality review by another qualified ESi consultant.  ESi makes no representation or warranty, express or implied, that its services will achieve a specific result.

Occasionally, an engagement will require ESi to provide design or engineering services that exceed the Performance Standard.  The normal ESi consulting fee schedule does not apply in these circumstances.  If the Client wishes ESi to assume any increased liability or responsibility beyond the Performance Standard, a separate written agreement which defines the responsibilities of the parties must be executed.

ESi's commitment to perform in accordance with the performance standard is the only warranty concerning the services and any deliverables, and is made for the benefit of the client only and is in lieu of all other warranties and representations, express or implied.

The client waives any right of contribution, and shall indemnify and hold harmless ESi, its agents, employees, and consultants from and against all claims, damages, losses, and expenses arising out of or resulting from or in connection with the performance of work which is reasonably deemed to comply with the performance standard or which results in whole or in part from client's negligence or the negligence of client's agents.

**NOTICE**

The Client agrees to inform ESi promptly and in sufficient time to allow a timely response by ESi, of any court filing, motion, or ruling of any judicial, administrative or public body which may affect ESi, including but not limited to: Daubert motions, motions intended to limit the scope of testimony, and discovery requests that call for the dissemination of confidential ESi information.

The Client agrees to promptly notify ESi of all parties involved in an investigation or lawsuit, so that ESi can perform a comprehensive conflict check. If a material conflict of interest develops, or the Client breaches any requirements of professional conduct during the course of the project, ESi may, at its sole discretion, terminate work on the project immediately, by providing written notice to the Client.

**BILLING**

Projects are billed monthly, with summary invoices that set forth fees and incurred expenses.  ESi will only provide detailed invoices at the Client's request.  ESi terms are 'Net 30' days from the invoice date. Any disputed charges must be brought to our attention within 30 days of the invoice date.  All undisputed charges, on any invoice, shall be paid within the applicable 30-day period.

An administrative fee of 2% is assessed on professional service fees to cover the cost of routine copies, postage, local mileage (less than 50 miles), CDs, DVDs, external storage (less than 16GB), and any other single pass through expense with a cost of $25.00 or less.  If any unpaid balance remains 60 days after the invoice date, ESi may charge interest at a rate of 1 1/2% per month on the unpaid amount.  If payment is not received in a timely manner, ESi may, upon notice to the Client, suspend services under this agreement until all amounts due to ESi for services, expenses, and charges are paid in full.  ESi also reserves the right to pursue all available collection efforts.

In general, ESi will charge for services on an hourly basis; however, in some cases, special billing such as flat fee or fixed price arrangements may apply.  The Client may request a schedule of professional staff billing rates and a list of administrative and service fees applicable to a particular engagement. Please note that all rates are reviewed and adjusted on a yearly basis.

Travel is billed at cost, without mark-up or premium.  Non-local travel by automobile will be charged at the prevailing IRS-approved rate.   For professional staff, all travel time is billed at the full rate.  Specific hourly or daily use rates will apply when highly specialized equipment or software is utilized during the course of the project.  Any single project expense that exceeds $500.00 will be billed at cost plus 10%; however, the Client may avoid this markup by prepaying the expenses or obtaining such equipment, project supplies, or outside services independently.  Depending on the nature of the assignment, ESi reserves the right to require an advance on expenses or a retainer fee.

From time to time, a project will require members of our technical staff to present the results of our findings in a written report, deposition, or court proceeding.  In these cases, the project will be charged the standard applicable rates and associated costs.  In some instances, a minimum charge may apply.  If ESi is subpoenaed or asked to provide testimony on a project, the actual time and expenses associated with the preparation and testimony will be charged to the project.  The Client is responsible for any fees and costs associated with services provided by ESi staff.  After ESi has been paid in full, ESi will assist the Client in obtaining reimbursement from other parties, where appropriate.

**ARTIFACTS RECEIVED BY ESi FOR EXAMINATION AND TESTING**

ESi takes reasonable steps to protect artifacts, (e.g. materials, parts, equipment) from loss.  However, it must be recognized that there is a degree of risk with even the best control system.  ESi will identify and track artifacts in its possession to maintain control and traceability.  Large items, which cannot be readily accommodated in the usual ESi storage areas, may be stored in another secured warehouse or fenced lot.  The Client will be billed regularly for artifact handling and storage, both on and off ESi premises.  A schedule of handling and storage fees is available upon request.  All evidence is stored under the condition that the Client agrees to hold ESi harmless in the event of a loss.  ESi's insurance policy covers the cost of replacement, and not the value that may be associated with research, litigation, or historical value.  If the Client requires special handling or insurance protection, specific arrangements can be made upon written request to the Project Manager.

Upon completion of ESi's work on a project, to the extent ESi has not otherwise received instructions from the Client, ESi will send an Artifact Disposal Form to the Client via certified mail.  An Artifact Disposal Form will also be sent to the Client if artifact storage fees are unpaid for a period of 60 or more days after invoicing.  An executed copy of the Artifact Disposal Form must be received by ESi within 45 business days of receipt, and should advise ESi whether to dispose of or return the artifact(s).  If no response is received within 45 business days, ESi may dispose of the artifact(s) in its sole discretion.  The Client will be billed for technician time and expenses related to artifact delivery or disposal.

**CONFIDENTIALITY AND WORK PRODUCT**

It is ESi policy to keep the nature and scope of our client engagements confidential.  ESi agrees to treat the Client's confidential information with the same degree of care that ESi accords its own confidential information, and in no case, less than reasonable care.  The term "confidential information" shall be deemed to include all information not generally known to ESi's and Client's competitors and which they have taken reasonable steps to ensure such confidentiality.

 All ESi work product is intended solely for use on behalf of the Client, and no other party may use ESi work product without ESi's express written consent. For the purpose of this document, ESi work product means all reports, laboratory test data, animations, visual work product, calculations, estimates, concepts, ideas, theories, notes, and other documents or information prepared and captured in any form or medium by ESi, its staff, consultants, and/or its affiliates in the course of providing engineering consulting services to the Client.



Upon notification of a project closing, ESi will return all protected or confidential documents to the Client, and dispose of the remaining file materials.  ESi will retain its work product.

**WAIVER OF CONSEQUENTIAL DAMAGES**

The Client and ESi mutually agree to waive all claims of consequential damages arising from disputes, claims, or other matters related to this engagement.

**GENERAL**

In the event any dispute arises, ESi and Client will negotiate in good faith to resolve such dispute prior to seeking relief in mediation. If the dispute has not been resolved by negotiation within 45 days after delivery of the initial notice of negotiation, the parties shall endeavor to settle the dispute by mediation under the then current CPR Mediation Procedure.

This engagement cannot be assigned without ESi's express prior written consent.  No waiver of ESi's rights under any provision in these terms and conditions should be construed as a waiver of any other term or condition hereunder.  Likewise, failure to immediately enforce a provision in these terms and conditions does not preclude ESi's right to enforce the provision at a later time.

This Agreement contains the entire agreement between the parties with respect to the subject matter of the Agreement and supersedes all prior agreements and understandings, both oral and written, between the parties with respect to the subject matter of the Agreement.

Any modifications to these terms and conditions shall be made in writing.  In the absence of any such modifications, addenda, or other written agreements, these terms and conditions shall govern the actions of ESi and the Client with respect to this engagement.



**ESi**

12750 Commonwealth Drive
Fort Myers, FL 33913

## 2018 FEE SCHEDULE
## FLORIDA OPERATIONS STAFF

| | | |
|---|---|---|
| Principal | Kevin C. Breen | $425 per hour |
| Sr. Managing Consultant | Zdenek Hejzlar | $360 per hour |
| Sr. Managing Consultant | Mel A. Underwood | $260 per hour |
| Sr. Managing Consultant | Kevin Bedsworth | $260 per hour |
| Sr. Managing Consultant | Greg Davis | $260 per hour |
| Sr. Consultant | Mike Hanks | $335 per hour |
| Sr. Consultant | Andrew W. Johnson | $250 per hour |
| Sr. Consultant | Casey D. Breen | $250 per hour |
| Sr. Consultant | Donald L. Fowler | $250 per hour |
| Sr. Staff Consultant | Aaron D. Miller | $250 per hour |
| Sr. Staff Consultant | Dave Fortenbaugh | $200 per hour |
| Staff Consultant | Neil Cichy | $250 per hour |
| Staff Consultant | Derrek Verlaan | $200 per hour |
| Staff Consultant | Jared McGillicuddy | $200 per hour |
| Staff Consultant | Jennifer Odelbraski | $180 per hour |
| Staff Consultant | Steven Faupel | $180 per hour |
| Staff Consultant | Grant Wilcox | $160 per hour |
| Sr. Technologist /Research Assistant | | $160 - $180 per hour |
| Technologist/Research Analyst | | $100 - $130 per hour |
| Technical/Research Assistant | | $80 - $130 per hour |

*Rates effective June 1st, 2018*

## STORAGE CHARGES FOR ARTIFACTS

ESi has the capability to store and maintain artifacts for projects in a systematic manner. Artifacts are cataloged and stored in a reasonably secure manner. In the event that artifacts are damaged or destroyed, insurance only covers replacement of like items and does not address any unique value that the artifact may have as evidence. If special insurance or handling of artifacts is desired, please discuss with ESi Project Manager. All artifact charges are in advance and the cost includes initial and final processing time as well as storage and tracking costs.

| Size | Cost* |
|---|---|
| Shoe Box | $300/year |
| File Box | $600/year |
| Pallet | $500/quarter |
| Other | To Be Determined |

ESi reviews and updates our Fee Schedule on an annual basis. The applicable fees for all professional services are based on the Fee Schedule in effect when the services are provided.

_____

**ATTACHMENT B**

_____

## D'Antonio v RCCL



64161F_P001_001  64161F_P001_002  64161F_P001_003  64161F_P001_004  64161F_P001_005

64161F_P001_006  64161F_P001_007  64161F_P001_008  64161F_P001_009  64161F_P001_010

64161F_P001_011  64161F_P001_012  64161F_P001_013  64161F_P001_014  64161F_P001_015

64161F_P001_016  64161F_P001_017  64161F_P001_018  64161F_P001_019  64161F_P001_020

64161F_P001_021  64161F_P001_022  64161F_P001_023  64161F_P001_024  64161F_P001_025

64161F_P001_026  64161F_P001_027  64161F_P001_028  64161F_P001_029  64161F_P001_030

64161F_P001_031  64161F_P001_032  64161F_P001_033  64161F_P001_034  64161F_P001_035

## D'Antonio v RCCL


64161F_P001_036


64161F_P001_037


64161F_P001_038


64161F_P001_039


64161F_P001_040


64161F_P001_041


64161F_P001_042


64161F_P001_043


64161F_P001_044

_____

**ATTACHMENT C**

_____

# VIDEO ANALYSIS

VIDEOS

64161F-V001

64161F-V002

AND

PHOTOS

64161F-P002

**D'Antonio v RCCL**



64161F_P002_001    64161F_P002_002    64161F_P002_003    64161F_P002_004    64161F_P002_005

64161F_P002_006    64161F_P002_007    64161F_P002_008    64161F_P002_009    64161F_P002_010

64161F_P002_011    64161F_P002_012    64161F_P002_013    64161F_P002_014    64161F_P002_015

64161F_P002_016    64161F_P002_017    64161F_P002_018    64161F_P002_019    64161F_P002_020

64161F_P002_021    64161F_P002_022    64161F_P002_023    64161F_P002_024    64161F_P002_025

64161F_P002_026    64161F_P002_027