

**GUEST ACCIDENT NOTIFICATION -- D'Antonio, Sarah #9614**

FR Medical Secretary to: FR Guest Services Manager, FR Front Desk Manager, FR Assistant Front Desk Manager   10/08/2016 10:02 PM

Cc: FR Doctor Sr, FR Chief Officer Safety, FR Telephone Operator 02, FR Telephone Operator 01, FR Deputy Security Officer, FR Executive Housekeeper, FR Nurse, FR Doctor,

From: FR Medical Secretary/FR/RCLShip
To: FR Guest Services Manager/FR/RCLShip@RCLShip, FR Front Desk Manager/FR/RCLShip@RCLShip, FR Assistant Front Desk Manager/FR/RCLShip@RCLShip
Cc: FR Doctor Sr/FR/RCLShip@RCLShip, FR Chief Officer Safety/FR/RCLShip@RCLShip, FR Telephone Operator 02/FR/RCLShip@RCLShip, FR Telephone Operator 01/FR/RCLShip@RCLShip, FR Deputy Security Officer/FR/RCLShip@RCLShip, FR

Good Evening,

Please be advised that below mentioned guest has reported an accident to the medical center:

Name of Guest: D'Antonio, Sarah
Stateroom # 9614
Nationality: USA

Date/Time of Accident: 10/8/2016 1940 hrs
Date/Time Reported to Medical: 10/8/2016 2030 hrs
Injury / Location: Fell at Casino, tripped on bottom of chair

Reported to COS

Attending Doctor: Dr. Chavarin

Scan copy: dantonio.pdf

Kind Regards,

**Izzy Amador**
Medical Admin | Medical facility | Freedom of the Seas | Royal Caribbean International
Dect # 8814 / Office # 6820 | FR_MedicalSecretary@rccl.com

