# Shipboard Familiarization – Version B (Exhibit 3) to be filled under conventional filing.